# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Andri L Council, Jr.**                                                                      Case No.  **20-11322/elf**

Debtor(s)                                                                      Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020 a copy of **Amended Schedule I and Chapter 13 of Current Monthly Income** was served electronically or by regular United States mail to the parties and the Trustee listed below.

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

Electronic mail to:

William C. Miller, Ch 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**