# nited States Bankruptcy Court
**Eastern District of Pennsylvania**

In re  **Andri L Council, Jr.**                                                             Case No.  **20-11322/elf**
                            Debtor(s)                                                       Chapter   **13**

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020 a copy of **Amended Schedules D and F and Amended Statement of Financial Affairs** was served electronically or by regular United States mail to the parties and the Trustee listed below.

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

Electronic mail to:

William C. Miller, Ch 13 Trustee

US Trustee

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**