# nited States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Andri L Council, Jr.**  Case No. **20-11322/elf**
Debtor(s)  Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2020 a copy of Debtor's Response to Motion for Relief of US Bank National Assoc. et al was served electronically or by regular United States mail to the parties and the Trustee listed below.

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

Electronic mail to:

Rebecca Ann Solarz
on behalf of U.S. Bank National Association

William C. Miller, Ch 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**