UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

August 10, 2020

To: **Bradley E. Allen, Esq.**
**7711 Castor Avenue**
**Philadelphia PA 19152**

In re: **Andri L. Council, Jr.**
Bankruptcy No. **20-11322-elf**
Adversary No.
Chapter **13**

Re: **Amended Schedule D**

The above document(s) were filed in this office on **August 7, 2020.** Please be advised that the filing fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

|       |                                   |
|-------|-----------------------------------|
| ( )   | Voluntary Petition                |
| ( )   | Adversary Proceeding              |
| (**XX**) | $31.00 Filing Fee for Amendments |
| ( )   | $25.00 Claims Transfer Fee        |
| ( )   | Motion Filing Fee                 |

Please submit the payment(s) within seven (7) days from the date of this notice. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

By: **Lisa Henry**
Deputy Clerk

*Fee Notice*
*(11/26/18)*