## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   Andri L Council, Jr.                                                    Case No.   20-11322/elf

                              Debtor                                             Chapter    13

## DEBTOR'S OBJECTIONS TO PROOF OF CLAIM
## OF PENNSYLVANIA DEPARTMENT OF REVENUE

Debtor objects to Proof of Claim No. 7 filed by the Pennsylvania Department of Revenue as follows:

1. The PA Department of Revenue filed a Proof of Claim for estimated state taxes for the year 2018 in the amount of $1,743.39 as unsecured priority taxes and $560.36 unsecured non-priority taxes.

2. Debtor filed his 2018 State Tax Returns with the PA Department of Revenue late and only owes $404.00.

3. Debtor is requesting that the PA Department of Revenue Amend their Proof of Claim to reflect debtor's late filed 2018 State Tax Return.

A copy of the Proof of Claim is attached hereto and marked Exhibit "A".

WHEREFORE, Debtor requests this Honorable Court to disallow and vacate PA Department of Revenue's Proof of Claim.

/s/Bradly E. Allen

Bradly E. Allen, Esquire
Attorney for Debtor

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Andri L Council, Jr.
Debtor(s)

Case No. 20-11322/elf
Chapter 13

## ORDER

AND NOW, this the _____ day of _____, 2020 it is hereby Ordered and Decreed that upon consideration of Debtor's Objections to Proof of Claim No. 7 of the Pennsylvania Department of Revenue it is ORDERED and DECREED that Debtor's Objections are granted and the Proof of Claim is disallowed and stricken from the record.

Dated: _____

BY THE COURT:

_____
**HONORABLE ERIC L. FRANK**
United States Bankruptcy Judge