to identify the case:

ANDRI L COUNCIL JR

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: EASTERN District of PA
(State)

Case number: 2011322

Official Form 410

# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:  Identify the Claim

**1. Who is the current creditor?**

Pennsylvania Department of Revenue
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

[X] No
[ ] Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Pennsylvania Department of Revenue
Name
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946
Number    Street

Contact phone (717) 783-8989
Contact email _____

Where should payments to the creditor be sent? (if different)

Pennsylvania Department of Revenue
Name
Bankruptcy Division PO Box 280946
Harrisburg, PA 17128-0946
City    State    Zip Code

Contact phone (717) 783-8989
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

**4. Does this claim amend one already filed?**

[X] No
[ ] Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD /YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

[X] No
[ ] Yes. Who made the earlier filing? _____

page 1

Proof of Claim

Official Form 410

Exhibit "A"

Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| Do you have any number you use to identify the debtor? | ☐ No<br>☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |
| 7. How much is the claim? | $2,303.75    Does this amount include interest or other charges?<br>☐ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>Taxes |
| 9. Is all or part of the claim secured? | ☐ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>Nature of property:<br>☐ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.<br>☐ Motor vehicle<br>☐ Other. Describe: _____<br><br>Basis for perfection:    Lien<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>Value of property:<br>Amount of the claim that is secured:    0.00<br>Amount of the claim that is unsecured:    2,303.75    (The sum of the secured and unsecured amounts should match the amount in line 7.)<br>Annual Interest Rate (when case was filed)    5 %<br>☒ Fixed<br>☐ Variable |
| 10. Is this claim based on a lease? | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____ |
| 11. Is this claim subject to a right of setoff? | ☒ No<br>☐ Yes. Identify the property: _____ |

Official Form 410    Proof of Claim    page 2

part of the
ntitled to priority
r 11 U.S.C. § 507(a)?

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. Check one:   Amount entitled to priority

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $_____

☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $ 1,743.39

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.   $_____

☐ * Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Check the appropriate box:

The person completing this proof of claim must sign and date it.
FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    7/28/2020
                    MM / DD / YYYY

/s/    Nicole Amolsch, Chief
       Signature

Print the name of the person who is completing and signing this claim:

Name       Cindy Cramer

Title      

Company    PA Department of Revenue
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    4th and Walnut Street
           Number    Street
           Harrisburg    PA    17128
           City    State    Zip Code

Contact Phone    (717) 787-3911    Email_____

Official Form 410    Proof of Claim    page 3

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG PA 17128-0946



Cindy Cramer

**SUPPORTING DOCUMENTATION FOR TAXES DUE THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE**

☑ Original Claim
☐ Amended Claim

This claim supercedes all Previous claims filed.

Date Amended:

ANDRI L COUNCIL JR
ANDRI L COUNCIL JR

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Petition Filing Date: 03/02/2020
Case Number: 2011322    EP
Chapter: 13

The undersigned is an employee of the PA Department of Revenue and is authorized to make this proof of claim on the behalf of the Commonwealth. At this present time of the filing of this proof of claim, the Debtor was indebted to the Commonwealth in the

SUM OF    $2,303.75    for the following:

☐ State Sales, Use and Hotel Occupancy Tax, Article II, Tax Reform Code of 1971, as amended, 72 P.S. 7210
☑ Personal Income tax, Article III, Tax Reform Code of 1971, as amended, 72 P.S. 7301
☐ Employer Withholding Tax, Article IV, Tax Reform Code of 1971, as amended, 72 P.S. 7301
☐ Corporate Net Income Tax
☐ Capital Stock-Franchise Tax
☐ Corporate Loans Tax
☐ Other

**SECURED CLAIMS (Tax lien(s) filed before petition date)**

See attached statement of account detailing the liability.

Total secured claim: _____

Pursuant to Section 506(b) of the Bankruptcy Code, post petition Interest may be payable.

**ADMINISTRATIVE PRIORITY CLAIMS - Section 507(a)(1) of the Bankruptcy Code**

See attached statement of account detailing the liability.

Total administrative: _____

**UNSECURED PRIORITY CLAIMS - Section 507(a)(8) of the Bankruptcy code for unliened priority Liabilities existing before petition date.**

See attached statement of account detailing the liability.

Total unsecured priority: $1,743.39

**UNSECURED NON-PRIORITY CLAIMS - unliened non-priority liabilities existing before the petition filing date.**

See attached statement of account detailing the liability.

Total unsecured non-priority claim: $560.36

Credits: The Commonwealth of Pennsylvania, Department of Revenue has not identified a right of setoff or counterclaim in preparing and filing this proof of claim. However, this determination is based on available information and the Commonwealth of Pennsylvania, Department of Revenue does not intend to waive any of its available rights to setoff against this claim debts owed to this debtor by this agency. All rights of setoff are preserved and reserved (including those arising as the result of audits, credits, refunds or payments) and will be asserted to the extent lawful.

/s/ Nicole Amolsch, Chief




Cindy Cramer

| | BANKRUPTCY STATEMENT OF ACCOUNT | Page 1 of 1 | |
|---|---|---|---|
| | | Pet Date: | 3/2/2020 |
| | | Case Number: | 2011322 EP |
| | | Chapter: | 13 |

ANDRI L COUNCIL JR
37 W ROCKLAND ST
PHILADELPHIA PA 19144

**Primary Tax Numbers**
Emp Identification Number:
Sales Tax License Number:
Social Security Number:
Corp Tax Number:
Other Number:

Additional Debtors and/or Names    SSN    EIN

Note:

| TYPE OF CLAIM | | UNSECURED NON-PRIORITY | Tax Number: | | xxx-xx-9195 | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| AN | ☐ | 2015 | $0.00 | $0.00 | $0.00 | $118.39 | $118.39 |
| AN | ☐ | 2016 | $0.00 | $0.00 | $0.00 | $42.72 | $42.72 |
| AN | ☑ | 2018 | $0.00 | $0.00 | $0.00 | $399.25 | $399.25 |
| Lien Filing Date: | | County Lien Filed: | | | Lien Docket Number: | | |
| | | TOTAL | $0.00 | $0.00 | $0.00 | $560.36 | $560.36 |

| TYPE OF CLAIM | | UNSECURED PRIORITY | Tax Number: | | xxx-xx-9195 | | |
|---|---|---|---|---|---|---|---|
| TAX TYPE | ESTIMATES | PERIOD COVERED | TAX DEFICIENCY | INTEREST | FEES | PENALTY | BALANCE |
| AN | ☐ | 2015 | $0.00 | $27.13 | $0.00 | $0.00 | $27.13 |
| AN | ☐ | 2016 | $0.00 | $37.60 | $0.00 | $0.00 | $37.60 |
| AN | ☑ | 2018 | $1,597.00 | $81.66 | $0.00 | $0.00 | $1,678.66 |
| Lien Filing Date: | | County Lien Filed: | | | Lien Docket Number: | | |
| | | TOTAL | $1,597.00 | $146.39 | $0.00 | $0.00 | $1,743.39 |

**LEGEND:**
ST = Sales, Use and Hotel Occupancy Tax
CT = Corporation Tax
EMP = Employer Withholding
AN = Individual Income Tax
MT = Mass Transit
MC = Motor Carrier

LF = Liquid Fuels
OF = Oil Franchise
PTA = Public Transportation Assistance Act

Personal Income Tax Estimates: Taxable income figures on which tax deficiency is based could be from information obtained from transcripts of filed IRS form 1040. Information can be mailed to debtor or debtor's counsel upon written request, without the need for filing a formal objection. An amended proof of claim may be filed upon the filing of a properly completed and signed PA-40 tax return.

ALL LIENS FILED IN THE PROTHONOTARY OFFICE IN THE COUNTY INDICATED.

ALL LIENS FILED IN THE COMMONWEALTH OF PENNSYLVANIA UNLESS INDICATED OTHERWISE.