Official Form 420B (Notice of Objection to Claim) (12/16)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Andri L Council, Jr.**

Debtor

Address: **37 W. Rockland Street, Philadelphia, PA 19144**

Case No. **20-11322/elf**

CHAPTER 13

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Bradly E. Allen, attorney for Debtor, Andri L. Council, Jr. has filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then on or before October 8, 2020 you or your lawyer must attend the hearing on the Objection scheduled November 3, 2020 at 1:00 p.m. in Courtroom No. 1, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date: 9/23/2020

Signature: /S/Bradly E. Allen
Name: Bradly E. Allen, Esquire
Address: 7711 Castor Avenue, Philadelphia, PA 19152