United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Andri L. Council, Jr.  
    Debtor

Case No. 20-11322-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Lisa   Page 1 of 1   Date Rcvd: Sep 21, 2020  
                       Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.  
db        +Andri L. Council, Jr.,    37 W. Rockland Street,    Philadelphia, PA 19144-6020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        E-mail/Text: megan.harper@phila.gov Sep 22 2020 04:09:51    City of Philadelphia,  
    City of Philadelphia Law Department,   c/o Joshua Domer,   1401 JFK Blvd. 5th Floor,  
    Philadelphia, PA  19102  
                                                                      TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:  
          BRADLY E ALLEN    on behalf of Debtor Andri L. Council, Jr. bealaw@verizon.net  
          JOSHUA    DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,  
    karena.blaylock@phila.gov  
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE  
    PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,  
    philaecf@gmail.com  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andri L. Council Jr.<br>Debtor | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>Movant<br>vs. | NO. 20-11322 ELF |
| Andri L. Council Jr.<br>Debtor | 11 U.S.C. Section 362 |
| William C. Miller, Esquire<br>Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$4,502.21**, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | May 2020 to August 2020 at $932.00/month |
| Late Charges: | May 2020 to July 2020 at $23.83/month |
| Fees & Costs Relating to Motion: | $1,031.00 |
| Suspense Balance: | $328.28 |
| **Total Post-Petition Arrears** | **$4,502.21** |

2. The Debtor(s) shall cure said arrearages in the following manner:

a). Within seven (7) days of the Court approving this Stipulation, the Debtor shall make a down payment in the amount of **$1,000.00**;

b). Beginning on September 1, 2020 and continuing through May 1, 2021 until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$932.00** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$389.13 from September 2020 to April 2021 and $389.17 for May 2021** towards the arrearages on or before the last day of each month at the address below:

ENNSYLVANIA HOUSING FINANCE AGENCY
211 N. FRONT STREET
HARRISBURG, PA 17101

      c).    Maintenance of current monthly mortgage payments to the Movant thereafter.

3.    Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.    In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.    If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.    The parties agree that a facsimile signature shall be considered an original signature.

Date:   August 12, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 9/16/20

Bradly E. Allen, Esquire
Attorney for Debtor

Date: 9/18/2020          /s/ LeRoy W. Etheridge, Esq.   for

William C. Miller, Esquire

Chapter 13 Trustee

NO OBJECTION
*without prejudice to any trustee rights and remedies

# O R D E R

Approved by the Court this __21st__ day of __September__, 2020. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Eric L. Frank