Fill in this information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | Andri L Council, Jr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number  20-11322/elf                    Chapter  13
(if known)

## PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO PROOF OF CLAIM

TO THE CLERK OF BANKRUPTCY COURT:

Kindly withdraw Debtor's Objections to Proof of Claim of PA Department of Revenue and cancel the hearing scheduled for November 24, 2020 at 1:00 p.m.

Date  11/18/2020                    Signature  /s/Bradly E. Allen
                                               Attorney for Debtor