# nited States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Andri L Council, Jr.**                                            Case No.  **20-11322/elf**
Debtor(s)                                             Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020 a copy of the Praecipe to Withdraw Debtor's Objections to Proof Claim of PA Department of Revenue was served electronically or by regular United States mail to the parties and the Trustee listed below.

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

Electronic mail to:

William C. Miller, Ch 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242 Fax:215-725-8288**
**bealaw@verizon.net**