# nited States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re **Andri L Council, Jr.** | Case No. | **20-11322/elf** |
| Debtor(s) | Chapter | **13** |

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020 a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to the parties and the Trustee listed below.

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

PGW
Bankruptcy Dept.
800 W. Montgomery Ave.
Philadelphia, PA 19122

Water Revenue Bureau'
c/o City of Philadelphia
Tax & Revenue Unit
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102-1595

Electronic mail to:

Rebecca Ann Solarz
on behalf of U.S. Bank Nat'l Assoc.

William C. Miller, Ch 13 Trustee

US Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**