**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------------x
In re:                                                 :
                                                       :    Chapter 13
         ANDRI L. COUNCIL, JR.,                        :
                                                       :    Bankruptcy No. 20-11322 (ELF)
                                  Debtor.              :
-------------------------------------------------------x
```

**PRAECIPE TO WITHDRAW OBJECTION**
**TO CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan (Docket No. 37) filed by the City of Philadelphia on July 21, 2020.

                                        Respectfully submitted,

                                        THE CITY OF PHILADELPHIA

Dated: November 20, 2020        By:     */s/ Joshua Domer*
                                        JOSHUA DOMER
                                        Assistant City Solicitor
                                        PA Attorney I.D. 319190
                                        Attorney for the City of Philadelphia
                                                and/or
                                        Water Revenue Bureau
                                        City of Philadelphia Law Department
                                        Municipal Services Building
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA 19102-1595
                                        215-686-0519 (phone)
                                        Email: Joshua.Domer@phila.gov