United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Andri L. Council, Jr.  
    Debtor(s)

Case No. 20-11322-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Dec 23, 2020      Form ID: 155      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andri L. Council, Jr., 37 W. Rockland Street, Philadelphia, PA 19144-6020 |
| 14489840 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14476795 | | Capital One, N.A., c/o Beckett and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14489930 | | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14476797 | | Midland Funding, 2305 Northside Dr., Suite 300, San Diego, CA 92108 |
| 14476798 | | Midland Funding, LLC, c/o Arthur Lashin, Esquire, 123 W. Broad Street, Ste. 1660, Philadelphia, PA 19109 |
| 14476799 | | PHEAA, P. O. Box 8147, Harrisburg, PA 17105-8147 |
| 14488753 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14496346 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14476800 | | U.S. Bank Nat'l Assn./PA Housing Finance, 211 N. Front Street, P. O. Box 15057, Harrisburg, PA 17105-5057 |
| 14476801 | + | U.S. Bank Nat'l Assn/PA Housing Finance, C/O KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14476802 | | U.S. Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14517117 | | Email/Text: megan.harper@phila.gov | Dec 24 2020 03:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14521414 | | Email/Text: megan.harper@phila.gov | Dec 24 2020 03:52:00 | City of Philadelphia, City of Philadelphia Law Department, CO Joshua Domer, Esq., 1401 JFK Blvd. 5th Floor, Philadelphia, PA 19102 |
| 14476796 | + | Email/Text: megan.harper@phila.gov | Dec 24 2020 03:52:00 | City of Phila. - Law Dept. Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |
| 14500653 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 24 2020 03:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14523019 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 24 2020 03:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14501620 | + | Email/Text: blegal@phfa.org | Dec 24 2020 03:52:00 | U.S. Bank National Association, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14476803 | + | Email/Text: megan.harper@phila.gov | Dec 24 2020 03:52:00 | Water Revenue Bureau, C/O City Of Phila. Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Andri L. Council Jr. bealaw@verizon.net |
| JOSHUA DOMER | on behalf of Creditor City of Philadelphia joshua.domer@phila.gov karena.blaylock@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andri L. Council, Jr.
      Debtor(s)                                    Chapter: 13

                                                    Bankruptcy No: 20−11322−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this December 22, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Eric L. Frank
                                                  Judge ,
                                                  United States Bankruptcy Court

                                                                                         83 − 21
                                                                                      Form 155