# nited States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Andri L Council, Jr.**                                                                 Case No.  **20-11322/elf**
                                                 Debtor(s)                                      Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021 a copy of the Notice of Application for Compensation and Reimbursement of Expenses was served electronically or by regular United States mail to the parties and the Trustee listed below.

Andri L. Council, Jr.
37 W. Rockland St.
Philadelphia, PA 19144

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA  17128-0946

PGW
Bankruptcy Dept.
800 W. Montgomery Ave.
Philadelphia, PA 19122

Water Revenue Bureau'
c/o City of Philadelphia
Tax & Revenue Unit
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102-1595

Electronic mail to:

Rebecca Ann Solarz
on behalf of U.S. Bank Nat'l Assoc.

Joshua Domer
on behalf of City of Philadelphia

William C. Miller, Ch 13 Trustee

US Trustee


**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**