# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  ANDRI L. COUNCIL, JR.

Debtor(s)

Case No. 20-11322/ELF

Chapter 13

## ORDER

AND NOW, this 23rd day of April, 2021 it is hereby **ORDERED** that Bradly E. Allen is **ALLOWED** compensation in the amount of $3,000.00 plus reimbursement of expenses in the amount of $310.00 for a total of $3,310.00 of which $3,000.00 of attorney's fees and $310.00 filing fees was paid by debtor pre-petition.

ERIC L. FRANK
United States Bankruptcy Judge